THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS A. CAMILLO, Appellant. [663 NYS2d 1019] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Supreme Court for resentencing in accordance with the same Memorandum as in *People v Nicholson* (237 AD2d 973 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Tills, J.—Violation of Probation.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG S. BRANDON, Appellant. [656 NYS2d 1004] —Judgment unanimously affirmed. Memorandum: Defendant has not demonstrated that he was deprived of a fair trial by less than meaningful representation. "[A] simple disagreement with strategies, tactics or the scope of possible cross-examination, weighed long after the trial, does not suffice" to satisfy defendant's burden of establishing ineffective assistance of counsel (*People v Flores,* 84 NY2d 184, 187; *see, People v Benn,* 68 NY2d 941, 942). (Appeal from Judgment of Jefferson County Court, Clary, J.—Rape, 1st Degree.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.